**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: NOLL, MARY ELLEN                     § Case No. 08-70387
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $225,576.00 | Assets Exempt: $70,200.00 |
| Total Distribution to Claimants: $9,920.06 | Claims Discharged Without Payment: $6,599.41 |
| Total Expenses of Administration: $5,583.38 | |

3) Total gross receipts of $ 15,503.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,503.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,583.38 | 5,583.38 | 5,583.38 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 25,437.08 | 16,519.47 | 9,920.06 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,020.46 | $22,102.85 | $15,503.44 |

     4) This case was originally filed under Chapter 7 on February 14, 2008.
. The case was pending for 27 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/27/2010              By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| at&t stock approx 88 shares | 1129-000 | 500.00 |
| Life Insurance Benefit | 1229-000 | 15,000.00 |
| Interest Income | 1270-000 | 3.44 |
| **TOTAL GROSS RECEIPTS** | | **$15,503.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,300.15 | 2,300.15 | 2,300.15 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 9.23 | 9.23 | 9.23 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 3,024.00 | 3,024.00 | 3,024.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,583.38 | 5,583.38 | 5,583.38 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TARGET NATIONAL BANK | 7100-000 | N/A | 690.91 | 690.91 | 448.78 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 3,763.80 | 3,763.80 | 2,444.74 |
| CHASE BANK USA, NA | 7100-000 | N/A | 8,917.61 | 0.00 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | N/A | 8,917.61 | 8,917.61 | 5,792.34 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,900.12 | 1,900.12 | 1,234.20 |
| Rbs Citizens, N.A. | 7200-000 | N/A | 1,247.03 | 1,247.03 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 25,437.08 | 16,519.47 | 9,920.06 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-70387  
**Case Name:** NOLL, MARY ELLEN  
**Period Ending:** 04/27/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/14/08 (f)  
**§341(a) Meeting Date:** 03/20/08  
**Claims Bar Date:** 08/04/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 111 W. Brandon Ct., Palatine | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | nominal cash | 75.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2 checking Charter One | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | savings at charter one | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | misc furniture furnishings in condo which is a | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Guide One term life insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 8 | Guide One Insurance annunity which cannot be | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | profit sharing plan | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | at&t stock approx 88 shares | 3,168.00 | 0.00 | | 500.00 | FA |
| 11 | tax refund | 2,500.00 | 5,876.00 | OA | 0.00 | FA |
| 12 | 1998 Chev Malibou | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Kia | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Life Insurance Benefit (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.44 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | **$228,744.00** | **$20,876.00** | | **$15,503.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case essentially involved the Debtor's post-petition receipt and expeditures of some life insurance proceeds of approximately $15,000.00 as well as some minor equity in tax refunds and shares of stock.  The Trustee recouped (eventually) the converted funds on the life insurance and reasonably satisifed himself of the uncollectability of the balance.  Final Report will be filed in early January 2010.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    January 22, 2010

Printed: 04/27/2010 09:40 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-70387 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | NOLL, MARY ELLEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****18-65 - Money Market Account |
| Taxpayer ID #: | **-***4076 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/27/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/28/09 | {14} | Mary E. Noll | Pymt on disallowed exemption - life insurance | 1229-000 | 8,000.00 | | 8,000.00 |
| 09/28/09 | {14} | Mary Noll | paymt on disallowed exemption - life insurance | 1229-000 | 5,000.00 | | 13,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 13,000.33 |
| 10/26/09 | | Mary Noll | Life Ins. benefit & AT&T stock | | 2,500.00 | | 15,500.33 |
| | {14} | | Life Ins. benefit & AT&T stock   2,000.00 | 1229-000 | | | 15,500.33 |
| | {10} | | Life Ins. benefit & AT&T stock   500.00 | 1129-000 | | | 15,500.33 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.53 | | 15,500.86 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.65 | | 15,501.51 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.65 | | 15,502.16 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.61 | | 15,502.77 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 15,503.36 |
| 03/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.08 | | 15,503.44 |
| 03/03/10 | | To Account #********1866 | Preparation of Amd F. Rpt | 9999-000 | | 15,503.44 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 15,503.44 | 15,503.44 | $0.00 |
| Less: Bank Transfers | | 0.00 | 15,503.44 | |
| **Subtotal** | | **15,503.44** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$15,503.44** | **$0.00** | |

{} Asset reference(s)   Printed: 04/27/2010 09:40 AM   V.12.08

Case 08-70387  Doc 57  Filed 04/27/10  Entered 04/27/10 09:47:38  Desc Main
Document      Page 8 of 9

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-70387  
**Case Name:** NOLL, MARY ELLEN  

**Taxpayer ID #:** **-***4076  
**Period Ending:** 04/27/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****18-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/10 | | From Account #********1865 | Preparation of Amd F. Rpt | 9999-000 | 15,503.44 | | 15,503.44 |
| 03/10/10 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,024.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,024.00 | 12,479.44 |
| 03/10/10 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,300.15, Trustee Compensation; Reference: | 2100-000 | | 2,300.15 | 10,179.29 |
| 03/10/10 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $9.23, Trustee Expenses; Reference: | 2200-000 | | 9.23 | 10,170.06 |
| 03/10/10 | 104 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 9,920.06 |
| 03/10/10 | 105 | TARGET NATIONAL BANK | Dividend paid 64.95% on $690.91; Claim# 1; Filed: $690.91; Reference: | 7100-000 | | 448.78 | 9,471.28 |
| 03/10/10 | 106 | Discover Bank/DFS Services LLC | Dividend paid 64.95% on $3,763.80; Claim# 2; Filed: $3,763.80; Reference: | 7100-000 | | 2,444.74 | 7,026.54 |
| 03/10/10 | 107 | CHASE BANK USA, NA | Dividend paid 64.95% on $8,917.61; Claim# 3-2; Filed: $8,917.61; Reference: | 7100-000 | | 5,792.34 | 1,234.20 |
| 03/10/10 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 64.95% on $1,900.12; Claim# 4; Filed: $1,900.12; Reference: | 7100-000 | | 1,234.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,503.44 | 15,503.44 | $0.00 |
| | | | Less: Bank Transfers | | 15,503.44 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **15,503.44** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,503.44** | |

{} Asset reference(s)

Printed: 04/27/2010 09:40 AM  V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-70387 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | NOLL, MARY ELLEN | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******18-66 - Checking Account |
| **Taxpayer ID #:** | **-***4076 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 04/27/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :    15,503.44

Net Estate :    $15,503.44

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****18-65** | 15,503.44 | 0.00 | 0.00 |
| **Checking # ***-*****18-66** | 0.00 | 15,503.44 | 0.00 |
| **Checking # 9200-******18-66** | 0.00 | 0.00 | 0.00 |
| | $15,503.44 | $15,503.44 | $0.00 |

{} Asset reference(s)

Printed: 04/27/2010 09:40 AM    V.12.08